FILED
UNITED STATES
BANKRUPTCY COURT

2010 SEP 23 PM 4:04

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Dora Iraburo Milner**<br>SSN: XXX-XX-7658 | Case No. 09-23838 RKM<br>Chapter 7 |
| Debtor(s) | |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.     On September 16, 2010, the Court approved the trustee's final report and proposed distribution.

2.     Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 4. | Chase Bank USA, NA | PO Box 15145<br>Wilmington, DE 19850-5145 | $3.49 |

3. These funds are on deposit in Bank of America, account number 4437573339.

4. A check in the amount of Three Dollars and Forty-Nine Cents ($3.49), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 21st day of September, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Dora Iraburo Milner
9425 South Riverside Drive No. 1915
Sandy, UT 84070

*/s/ Renee Christensen*